# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Monue F. G., | Case No. 18-CV-1935 (NEB/ECW) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| ICE, | |
| Respondent. | |

The Court has received the April 12, 2019 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. [ECF No. 27.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 27] is ACCEPTED;

2. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1] is DENIED AS MOOT;

3. Petitioner's Motion for Writ of Habeas Corpus for Immediate Release from Custody [ECF Nos. 13, 14] is DENIED; and

4. The action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 10, 2019

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge